The People of the State of New York, Respondent,
against
Allen Proctor, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Heidi C. Cesare, J.), rendered June 16, 2016, as amended on November 4, 2016, convicting him, upon his plea of guilty, of theft of services, and imposing sentence.




Per Curiam.
Judgment of conviction (Heidi C. Cesare, J.), rendered June 16, 2016, as amended November 4, 2016, affirmed.
In view of defendant's knowing waiver of his right to prosecution by information, the facial sufficiency of the accusatory instrument must be assessed under the standard required of a misdemeanor complaint (see People v Dumay, 23 NY3d 518, 521 [2014]). So viewed, the accusatory instrument charging theft of services (see Penal Law § 165.15[3]) was jurisdictionally valid. Defendant's "unjustifiable failure or refusal to pay" the "lawful charge" for "public transportation service" (Penal Law § 165.15[3]) is reasonably inferred from allegations that he entered a municipal bus "without paying the requisite fare" and without "permission or authority" (see People v Polanco, 162 AD3d 434 [2018], lv denied 32 NY3d 940 [2018]; People v Walker, 43 Misc 3d 142[A], 2014 NY Slip Op 50849[U] [App Term, 1st Dept 2014], lv denied 24 NY3d 1123 [2015]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: January 15, 2020